FILED
99 JUL 19 AM 9: 45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERMAN A. WEBB, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 98-PWG-1279-S |
| CITIFED DIVERSIFIED, INC., | ) |
| Defendant. | ) |

ENTERED
JUL 19 1999

## MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On June 21, 1999 plaintiff filed a Motion for Entry of Judgment by Default. (Document #14). A hearing was held on the motion on July 15, 1999. Defendant Citifed Diversified, Inc. was given the opportunity to appear and show cause why the court should not enter a judgment by default or, in the alternative, to appear and dispute the amount of the judgment.

Defendant failed to appear at the July 15, 1999 hearing even though a copy of the order setting the hearing was served on defendant at the Tarpon Springs, Florida address. (Document #15). The order was not returned as undeliverable. The return receipt for the summons and complaint served on defendant in Tarpon Springs, Florida was returned unsigned (Document #5); however, counsel for plaintiff related to the court that counsel had conversations with an attorney who acknowledged that defendant had received the complaint and was seeking to retain him as counsel. (Document #9).

Plaintiff's counsel was subsequently advised by the attorney that defendant had decided not to hire him. Based on the record, the magistrate judge is satisfied that defendant was

aware of this lawsuit and chose not to respond, rendering default in the amount requested by plaintiff appropriate.

The magistrate judge RECOMMENDS that the court grant plaintiff's Motion for Entry of Judgment by Default and that plaintiff be awarded damages in the amount of $6,638.73 and court costs and attorney's fees in the amount of $2,064.68.

The clerk is DIRECTED to serve a copy of the magistrate judge's findings and recommendation upon counsel for plaintiff. The clerk is FURTHER DIRECTED to forward a copy of this recommendation to Citifed Diversified, Inc., #660, 905 East Martin Luther Kind Drive, Tarpon Springs, Florida 34689 by certified mail, return receipt requested.

Any party may object to the findings and recommendation pursuant to Rule 72(b), *Federal Rules of Civil Procedure*.

As to the foregoing it is SO ORDERED this the 16th day of July, 1999.

```
                              _____
                              PAUL W. GREENE
                              UNITED STATES MAGISTRATE JUDGE
```